| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  HealthTAC Logistics, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  27-3802879

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4101 N. State Hwy. NN** **Ozark, MO 65721** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Christian** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  www.thefamilyrx.com

**6. Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **HealthTAC Logistics, LLC** _____   Case number (*if known*) _____
     <sub>Name</sub>

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4242**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor **See Attachment** | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **HealthTAC Logistics, LLC** _____ Case number (_if known_) _____
     Name

**11. Why is the case filed in _this district?_**  *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - [ ] It needs to be physically secured or protected from the weather.
  - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - [ ] Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - [ ] No
  - [ ] Yes.   Insurance agency _____
             Contact name _____
             Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [x] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **HealthTAC Logistics, LLC**                                       Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2018**
               MM / DD / YYYY

**X** **/s/ Lynn Morris**                                              **Lynn Morris**
Signature of authorized representative of debtor                        Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ John J. Cruciani**                                         Date  **April 30, 2018**
Signature of attorney for debtor                                              MM / DD / YYYY

**John J. Cruciani 43073**
Printed name

**Husch Blackwell LLP**
Firm name

**4801 Main Street
Suite 1000
Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone  **816-983-8197**           Email address  **john.cruciani@huschblackwell.com**

**43073 MO**
Bar number and State

Debtor **HealthTAC Logistics, LLC** _____ Case number (*if known*) _____
       Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF MISSOURI

Case number (*if known*) _____     Chapter   **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Bankruptcy Court for the Western District of Missouri (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. Additional information about the relationship between each entity is contained in the *Declaration of James G.M. MacLaughlin in Support of Debtors' Emergency First Day Motions*, which has been filed contemporaneously herewith.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Family Pharmacy of Missouri, LLC** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | 18- |
| Debtor | **Family Pharmacy of Strafford, Inc.** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | 18- |
| Debtor | **Family Pharmacy, Inc.** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | 18- |
| Debtor | **Family Property Management, LLC** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | 18- |

# RESOLUTIONS OF THE SOLE MEMBER
# OF
# HEALTHTAC LOGISTICS, LLC

April 30, 2018

The undersigned, being the sole member (the "Member") of HealthTAC Logistics, LLC, a Missouri limited liability company (the "Company"), adopts the following resolutions in lieu of a meeting of the Member of the Company and waives notice and the holding of such meeting. The resolutions to which the undersigned consents are as follows:

WHEREAS, the Company is under common ownership with, and an affiliate of, Family Property Management, LLC; Family Pharmacy of Missouri, LLC; Family Pharmacy, Inc., and; Family Pharmacy of Strafford, Inc. (collectively with the Company, "Borrower" or "Borrowers"), who own and operate pharmacies and retail establishments and conduct other activities related thereto;

WHEREAS, The Borrowers have three primary secured creditors: Bank of Missouri, Cardinal Health and J M Smith Corporation ("Smith").

Bank of Missouri is the Borrowers' first priority secured creditor, asserting a blanket security interest on the personal property of Family Pharmacy, Inc. and Family Pharmacy of Missouri, LLC. Additionally, Bank of Missouri asserts real estate liens as a result of two separate Deeds of Trust on the corporate headquarters and the warehouse, which are owned by Family Property Management, LLC. Bank of Missouri also asserts real estate liens on the Bolivar, Joplin and Strafford locations. The Borrowers estimate that the total indebtedness owed to Bank of Missouri is approximately $11 million.

Cardinal Health is the Borrowers' second priority secured lender, asserting blanket security interests in the personal property of Family Pharmacy, Inc., Family Pharmacy of Missouri, LLC and Family Pharmacy of Strafford, Inc. To the best of the Borrowers' knowledge and belief, Cardinal Health does not have any liens in any real estate owned by any of the Borrowers. The Borrowers estimate that the total indebtedness owed to Cardinal Health is approximately $1 million.

Smith is the Borrowers' third priority secured lender, asserting security interests in the accounts receivable, inventory, computer systems and equipment, furniture, appliances and other office equipment and supplies of personal property of Family Pharmacy, Inc., Family Pharmacy of Missouri, LLC and Family Pharmacy of Strafford, Inc. To the best of the Borrowers' knowledge and

SLC-8623485

belief, Smith does not have any liens in any real estate owned by any of the Borrowers. The Borrowers estimate that the total indebtedness owed to Smith is approximately $18 million.

In addition, UMB Bank asserts real estate liens as a result of a deed of trust encumbering Fair View. The Borrowers estimate that the total indebtedness owed to UMB Bank is approximately $150,000. Also, Michael and Carolyn Langston ("Langston") have a security interest in 20,000 shares of common stock issued by Family Pharmacy of Strafford, Inc. securing indebtedness owed by Family Pharmacy, Inc. to Langston in the approximate amount of $215,000. There are also other miscellaneous capital leases, financing agreements and similar agreements that the Borrowers and their counsel are in the process of reviewing and analyzing.

WHEREAS, the Member has determined it is in the best interests of the Member and the Company to file a voluntary petition for relief under Chapter 11 of the United States Code, Title 11 ("Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Missouri (Borrower and Company's actions and filings related to its filing the petition for bankruptcy and related relief, the "Restructuring");

WHEREAS, the Borrower intends to continue in the possession of its assets and in the management of its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, Smith ("DIP Lender") has agreed to provide to Borrowers a revolving credit facility (the "DIP Facility") in an aggregate principal amount of $2,000,000 to finance the ordinary cost of Borrowers' operations, pursuant to a Senior Secured Debtor-In-Possession Loan Agreement dated as of or about the date hereof, by and among the Borrowers and DIP Lender (the "DIP Loan Agreement") and Borrowers desire to obtain such DIP Facility and has agreed to provide the DIP Lender with liens on certain collateral described in the DIP Loan Agreement; and

WHEREAS, the Member has not defaulted with respect to any item under the Operating Agreement, as defined herein, and has authority to authorize these actions by the Company pursuant to Sections 9.3(a) and (b) of the Company's Operating Agreement, adopted October 14, 2010, as amended (the "Operating Agreement"), requiring the unanimous consent of all Members to, among other actions, incur debt, borrow money, or substantially modify any debt or liability of the Company.

### Approval of DIP Loan Agreement

NOW, THEREFORE, BE IT RESOLVED, that the Company, on behalf of itself and as an affiliate of Borrower, be and hereby is authorized to enter into, deliver and perform the DIP Loan Agreement and any such other documents and

SLC-8623485

instruments which may be necessary or appropriate for the consummation or obtaining of the DIP Facility, DIP Loan Agreement, or the Restructuring (collectively, with the DIP Loan Agreement, the "Restructuring Documents"), upon such terms that are acceptable to Lynn A. Morris, as the authorized signatory of the Company, which are necessary or appropriate to obtain and secure the DIP Facility on behalf of the Company;

FURTHER RESOLVED, that Lynn A. Morris be and hereby is authorized and directed in the name and on behalf of the Company (and, if appropriate, acting on behalf of Borrower as its affiliate), to execute and deliver the Restructuring Documents and to take any other action as may be reasonably necessary, advisable or appropriate to effectuate the Restructuring, consummate the DIP Loan Agreement, obtain the DIP Facility, or otherwise to carry out fully the purpose and intent of the foregoing resolutions.

### Approval of Restructuring and Related Filings

FURTHER RESOLVED, that the Company, on behalf of itself and as an affiliate of Borrower, be and hereby is authorized to enter into the Restructuring, and is further authorized to enter into, deliver and perform all documents and filings necessary to effectuate the Restructuring and the filing of the Company's petition for voluntary relief under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that Lynn A. Morris, as the authorized signatory of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of the Company's petition for voluntary relief under Chapter 11 of the Bankruptcy Code and subsequent documents related to such filing, case, and the Restructuring, on behalf of the Company; and

FURTHER RESOLVED, that Lynn A. Morris, as the authorized signatory of the Company, (or any other officer or employee of the Company as authorized by Lynn A. Morris) is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

### Approval of Husch Blackwell LLP as Bankruptcy Counsel

FURTHER RESOLVED, that the Company is authorized and directed to employ the law firm of Husch Blackwell LLP to represent the Company in such bankruptcy proceedings;

### Approval of Prior Actions

FURTHER RESOLVED, that any and all actions taken in connection with the foregoing resolutions prior to the adoption of such resolutions by the Member or any other officer or agent of the Company are hereby ratified, affirmed and approved in all respects and for all purposes.

SLC-8623485

The signature of Lynn A. Morris, as authorized signatory for the Company, on any of the documents, agreements, and instruments authorized under these resolutions will be conclusive proof of the determination by the authorized signatory that such documents, agreements, and instruments are necessary or appropriate to carry out the purposes and intent of these resolutions.

IN WITNESS WHEREOF, the foregoing resolutions are signed by the Member of HealthTAC Logistics, LLC to be effective as of the date first written above.

**MEMBER**:

_____
Lynn A. Morris

*Being the sole the Member of the Company*

# United States Bankruptcy Court
## Western District of Missouri

In re  **HealthTAC Logistics, LLC**                                    Case No.
                                    Debtor(s)                          Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **HealthTAC Logistics, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**April 30, 2018**                                    **/s/ John J. Cruciani**
Date                                                  **John J. Cruciani 43073**
                                                      Signature of Attorney or Litigant
                                                      Counsel for  **HealthTAC Logistics, LLC**
                                                      **Husch Blackwell LLP**
                                                      **4801 Main Street**
                                                      **Suite 1000**
                                                      **Kansas City, MO 64112**
                                                      **816-983-8000 Fax:816-983-8080**
                                                      **john.cruciani@huschblackwell.com**

**United States Bankruptcy Court**
**Western District of Missouri**

In re   **HealthTAC Logistics, LLC**                                                                          Case No.
Debtor(s)                                                              Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | **Membership Interest** | **100%** | **LLC Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 30, 2018**                                                        Signature   **/s/ Lynn Morris**
                                                                                                **Lynn Morris, Managing Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name  **HealthTAC Logistics, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 30, 2018**    X  **/s/ Lynn Morris**
Signature of individual signing on behalf of debtor

**Lynn Morris**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **HealthTAC Logistics, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Family Pharmacy, Inc.<br>4101 N. State Highway NN<br>Ozark, MO 65721 | | Inter-company debt | | | | $416.64 |
| Richie Pharmacal Company<br>P. O. Box 460<br>Glasgow, KY 42142 | | Trade debt | | | | $13,691.64 |
| River City Pharma<br>P. O. Box 713774<br>Cincinnati, OH 45271-3774 | | Trade debt | | | | $12,000.00 |
| River City Pharma<br>P. O. Box 713774<br>Cincinnati, OH 45271-3774 | | Trade debt | | | | $5,472.00 |
| Solco Healthcare US, LLC<br>P. O. Box 826847<br>Philadelphia, PA 19182-6847 | | Trade debt | | | | $16.20 |
| Tagi Pharma, Inc.<br>722 Progressive Lane, Room 205<br>South Beloit, IL 61080 | | Trade debt | | | | $164.16 |

# United States Bankruptcy Court
## Western District of Missouri

In re **HealthTAC Logistics, LLC**

Debtor(s)

Case No.

Chapter **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 30, 2018**

**/s/ Lynn Morris**
**Lynn Morris**/**Managing Member**
Signer/Title

```
IRS Insolvency Unit
PO Box 66778
Stop 5334 STL
Saint Louis MO 63166


US Attorney
400 E. 9th Street
Room 5510
Kansas City MO 64106


Bank of Missouri
3807 South Campbell
Springfield MO 65807-5339


Cardinal Health
7000 Cardinal Place
Dublin OH 43017


Family Pharmacy, Inc.
4101 N. State Highway NN
Ozark MO 65721


Richie Pharmacal Company
P. O. Box 460
Glasgow KY 42142


River City Pharma
P. O. Box 713774
Cincinnati OH 45271-3774


Smith Drug Company, a Division of
J M Smith Corporation
Attn:  Office of Corporate Counsel
101 W. St. John Street, Suite 305
Spartanburg SC 29306


Solco Healthcare US, LLC
P. O. Box 826847
Philadelphia PA 19182-6847


Tagi Pharma, Inc.
722 Progressive Lane, Room 205
South Beloit IL 61080
```